District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELHAM PARSAEI,<br><br>              Plaintiff,<br><br>       v.<br><br>ANTONY J. BLINKEN, *et al.*,<br><br>              Defendants. | Case No. 2:24-cv-1299-KKE<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |

### STIPULATION

Pro Se Plaintiff Elham Parsaei and Defendants, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until November 12, 2024. Plaintiff brings this case pursuant to the Administrative Procedure Act, *inter alia*, to compel Defendants to expedite processing of her nonimmigrant visa application. The current deadline for Defendants to respond to the Complaint is October 29, 2024. For good cause, the parties request that this case be held in abeyance through November 12, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

The parties are diligently working towards a resolution of this case without the need for further litigation. A consular officer at the U.S. Consulate General in Sydney, Australia, refused Plaintiff's nonimmigrant visa application on October 26, 2023, pursuant to 8 U.S.C. § 1201(g), for additional security screening. Today, the Consulate readjudicated Plaintiff's visa application and has issued the visa. Once Plaintiff receives the physical visa, she will dismiss this litigation. To allow time for Plaintiff's visa to be delivered, the parties agree and jointly request that this case be held in abeyance until November 12, 2024. The parties agree to file a joint status report on or before November 12, 2024.

Dated: October 29, 2024.

Respectfully submitted,

| | |
|---|---|
| *s/ Elham Parsaei* | TESSA M. GORMAN<br>United States Attorney<br><br>*s/ Michelle R. Lambert* |
| ELHAM PARSAEI<br>3517 171st Street SW<br>Lynwood, WA 98037<br>Tel.: (315) 600-3377<br>Email: elham.parsaei@gmail.com<br><br>*Pro Se Plaintiff* | MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov<br><br>*Attorneys for Defendants*<br><br>*I certify that this memorandum contains 268 words, in compliance with the Local Civil Rules.* |

## ORDER

The parties' stipulated motion is GRANTED. Dkt. No. 15. The parties shall file a joint status report on or before November 12, 2024.

DATED this 30th day of October, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge