District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELHAM PARSAEI, | Case No. 2:24-cv-01299-KKE |
| Plaintiff, | STIPULATED MOTION TO DISMISS AND ORDER |
| v. | |
| ANTONY J. BLINKEN, *et al.*, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brings this case pursuant to the Administrative Procedure Act, *inter alia*, to compel Defendants to expedite processing of her nonimmigrant visa application. The nonimmigrant visa has been issued to Plaintiff and this case is now moot.

//
//
//
//
//

STIPULATED MOTION AND ORDER
[Case No. 2:24-cv-01299-KKE] - 1

1 | DATED this 5th day of November, 2024.

2 | Respectfully submitted,

| | |
|---|---|
| | TESSA M. GORMAN |
| | United States Attorney |
| *s/ Elham Parsaei* | *s/ Michelle R. Lambert* |
| ELHAM PARSAEI | MICHELLE R. LAMBERT, NYS #4666657 |
| 3517 171st Street SW | Assistant United States Attorney |
| Lynwood, WA 98037 | United States Attorney's Office |
| Tel.: (315) 600-3377 | Western District of Washington |
| Email: elham.parsaei@gmail.com | 1201 Pacific Avenue, Suite 700 |
| | Tacoma, Washington 98402 |
| *Pro Se Plaintiff* | Phone: (253) 428-3824 |
| | Fax:    (253) 428-3826 |
| | Email:  michelle.lambert@usdoj.gov |
| | *Attorneys for Defendants* |
| | *I certify that this memorandum contains 69 words, in compliance with the Local Civil Rules* |

**ORDER**

The parties' stipulated motion (Dkt. No. 17) is GRANTED.  The case is dismissed without prejudice.

DATED this 5th day of November, 2024.

Kymberly K. Evanson
United States District Judge